IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTHONY STERLING                                                                                    PLAINTIFF

V.                                            CASE NO. 07-CV-4054

LINDA RAMBO, in her official capacity;
H.L. PHILLIPS, in his individual and official capacity
as Sheriff of Miller County; JEFF BLACK, in his
individual and official capacity as Jail Administrator
of Miller County Detention Center                                                                DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Dismiss. (Doc. 21). Upon consideration, the Court finds that the motion should be and hereby is **granted**. Accordingly, Plaintiff's Complaint is **dismissed with prejudice**.

**IT IS SO ORDERED**, this 9th day of October, 2008.

                                                                /s/ Harry F. Barnes
                                                       Hon. Harry F. Barnes
                                                     United States District Judge